# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| NICHOLAS HARRISON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:18-CV-00641-LMB-IDD |
| ) | |
| JAMES N. MATTIS, *et al.*, ) | |
| ) | |
| Defendants, ) | |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants, through their undersigned counsel, respectfully move to dismiss the above-captioned action.

The grounds for this Motion are fully explained in the accompanying memorandum.

DATE: August 16, 2018

Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney

_____/s/_____
R. TRENT MCCOTTER
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3845
Fax: (703) 299-3983
trent.mccotter@usdoj.gov

CHAD A. READLER
Acting Assistant Attorney General,
   Civil Division

ANTHONY J. COPPOLINO
Deputy Director
Federal Programs Branch

NATHAN M. SWINTON
Senior Trial Counsel
U.S. Department of Justice, Civil
   Division
Federal Programs Branch
20 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 305-7667
Facsimile: (202) 616-8460
Nathan.M.Swinton@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this date, I filed the foregoing using the Court's CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

ANDREW R. SOMMER
Va. Bar Number 70304
WINSTON & STRAWN LLP
1700 K St., NW
Washington, DC 20006
T: (202) 282-5000
ASommer@winston.com

*Counsel for Plaintiffs*

                                                    _____/s/_____
                                                R. TRENT MCCOTTER
                                                Assistant United States Attorney
                                                Office of the United States Attorney
                                                Justin W. Williams U.S. Attorney's Building
                                                2100 Jamieson Avenue
                                                Alexandria, Virginia 22314
                                                Tel:   (703) 299-3845
                                                Fax:   (703) 299-3983
                                                Email:  trent.mccotter@usdoj.gov

                                                *Counsel for Defendants*