# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| NICHOLAS HARRISON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:18-CV-00641-LMB-IDD |
| ) | |
| JAMES N. MATTIS, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |

## **DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants, through their undersigned counsel, respectfully move to dismiss the above-captioned action.

The grounds for this Motion are fully explained in the accompanying memorandum.

DATE: August 16, 2018

Respectfully submitted,

| | |
|---|---|
| G. ZACHARY TERWILLIGER | CHAD A. READLER |
| United States Attorney | Acting Assistant Attorney General, Civil Division |
| _____/s/_____ | |
| R. TRENT MCCOTTER | ANTHONY J. COPPOLINO |
| Assistant United States Attorney | Deputy Director |
| 2100 Jamieson Avenue | Federal Programs Branch |
| Alexandria, Virginia 22314 | |
| Tel: (703) 299-3845 | NATHAN M. SWINTON |
| Fax: (703) 299-3983 | Senior Trial Counsel |
| trent.mccotter@usdoj.gov | U.S. Department of Justice, Civil Division |
| | Federal Programs Branch |
| | 20 Massachusetts Ave., NW |
| | Washington, D.C. 20001 |
| | Telephone: (202) 305-7667 |
| | Facsimile: (202) 616-8460 |
| | Nathan.M.Swinton@usdoj.gov |

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I filed the foregoing using the Court's CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

ANDREW R. SOMMER
Va. Bar Number 70304
WINSTON & STRAWN LLP
1700 K St., NW
Washington, DC 20006
T: (202) 282-5000
ASommer@winston.com

*Counsel for Plaintiffs*

                                            _____/s/_____
R. TRENT MCCOTTER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3845
Fax:    (703) 299-3983
Email: trent.mccotter@usdoj.gov

*Counsel for Defendants*