IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NICHOLAS HARRISON; and OUTSERVE-SLDN, INC., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 1:18-cv-641-LMB-IDD |
| PATRICK M. SHANAHAN, in his official capacity as Acting Secretary of Defense; *et al.*, ) ) ) ) | |
| Defendants. ) ) ) | |

**DEFENDANTS' RENEWED MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants, through their undersigned counsel, respectfully move to dismiss Plaintiff OutServe-SLDN from the above-captioned action.

The grounds for this Motion are fully explained in the accompanying memorandum.

DATE: May 3, 2019

Respectfully submitted,

G. ZACHARY TERWILLIGER                              JOSEPH H. HUNT
United States Attorney                                      Assistant Attorney General
                                                                          Civil Division
           /s/
R. TRENT MCCOTTER                                    ANTHONY J. COPPOLINO
Assistant United States Attorney                      Deputy Director
2100 Jamieson Avenue                                   Federal Programs Branch
Alexandria, Virginia 22314
Tel: (703) 299-3845                                          JOSHUA ABBUHL

1

Fax: (703) 299-3983
trent.mccotter@usdoj.gov

REBECCA CUTRI-KOHART
ROBERT M. NORWAY
Trial Attorneys
U.S. Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 353-0889
Facsimile: (202) 616-8460
robert.m.norway@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I filed the foregoing using the Court's CM/ECF system, which will send a notification of electronic filing (NEF) to the following counsel of record:

ANDREW R. SOMMER
Va. Bar Number 70304
WINSTON & STRAWN LLP
1700 K St., NW
Washington, DC 20006
T: (202) 282-5000
ASommer@winston.com

*Counsel for Plaintiffs*

                                                                              /s/
R. TRENT MCCOTTER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: (703) 299-3845
Fax: (703) 299-3983
Email: trent.mccotter@usdoj.gov

*Counsel for Defendants*