**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

NICHOLAS HARRISON, ET AL.,

    PLAINTIFFS,
V.

MARK T. ESPER, ET AL.,
    DEFENDANTS.

CIVIL ACTION NO. 1:18-CV-00641

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Nicholas Harrison and the Modern Military Association of America ("MMAA") (collectively, "Plaintiffs") move for summary judgment. As elaborated on in Plaintiffs' memorandum in support, Defendants' refusal to commission Plaintiff Nicholas Harrison based on his HIV status, and the policies and practices underlying that decision, including Defendants' categorical bar to the contingency deployment of service members with HIV, violate the equal protection components of the United States Constitution. Accordingly, Plaintiffs' motion for summary judgment should be granted.

| | |
|---|---|
| Dated: May 4, 2020 | Respectfully submitted,<br>*/s/ John W. H. Harding* |
| Scott A. Schoettes*<br>SSchoettes@lambdalegal.org<br>Kara Ingelhart*<br>KIngelhart@lambdalegal.org<br>LAMBDA LEGAL DEFENSE AND<br>   EDUCATION FUND, INC.<br>105 W. Adams St., Suite 2600<br>Chicago, IL 60603<br>T: (312) 663-4413<br><br>Peter E. Perkowski*<br>PeterP@modernmilitary.org<br>MODERN MILITARY ASSOCIATION OF<br>AMERICA, INC.<br>P.O. Box 65301<br>Washington, DC 20035-5301<br>T: (800) 538-7418<br><br>*pro hac vice | John W.H. Harding<br>Virginia State Bar No. 87602<br>JWHarding@winston.com<br>Lauren Gailey*<br>LGailey@winston.com<br>Alexandra J. Hemmings*<br>AHemmings@winston.com<br>WINSTON & STRAWN LLP<br>1901 L St., NW<br>Washington, DC 20036<br>T: (202) 282-5000<br><br>Julie A. Bauer*<br>JBauer@winston.com<br>WINSTON & STRAWN LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601<br>T: (312) 558-560<br><br>Andrew R. Sommer<br>Virginia State Bar No. 70304<br>Sommera@gtlaw.com<br>GREENBERG TRAURIG, LLP<br>1750 Tysons Boulevard<br>Suite 1000<br>McLean, VA 22102<br>T: (703) 749-1370 |

## CERTIFICATE OF SERVICE

I certify that, on the 4th day of May, 2020, I caused this document to be filed electronically through the Court's CM/ECF system, which automatically sent a notice of electronic filing to all counsel of record.

Dated: May 4, 2020                                         Respectfully submitted,

                                                                        /s/ *John W. H. Harding*
                                                                        John W.H. Harding