# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| NICHOLAS HARRISON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARK ESPER, Secretary of Defense, *et al.*, <br><br> Defendants. | No. 1:18-cv-641 (LMB/IDD) |
| RICHARD ROE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARK ESPER, Secretary of Defense, *et al.*, <br><br> Defendants. | No. 1:18-cv-1565 (LMB/IDD) |

## **DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants hereby move for summary judgment on all pending claims, for the reasons stated in the memorandum in support that is being filed concurrently with this motion.

DATE: June 3, 2020

Respectfully submitted,

| | |
|---|---|
| G. ZACHARY TERWILLIGER<br>United States Attorney | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division |
|           /s/<br>DENNIS C. BARGHAAN, JR.<br>Deputy Chief, Civil Division<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Tel: (703) 299-3891<br>Fax: (703) 299-3983<br>dennis.barghaan@usdoj.gov | ANTHONY J. COPPOLINO<br>Deputy Director<br>Federal Programs Branch<br><br>JOSHUA C. ABBUHL<br>KERI L. BERMAN<br>REBECCA CUTRI-KOHART<br>STEPHEN M. PEZZI<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 514-0265<br>Facsimile: (202) 616-8460<br>rebecca.cutri-kohart@usdoj.gov<br><br>*Counsel for the Government* |