IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NICHOLAS HARRISON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LLOYD J. AUSTIN, Secretary of Defense, et al., )<br>)<br>Defendants. ) | 1:18-cv-641 (LMB/IDD) |

ORDER

On August 26, 2022, the parties filed a Joint Motion to Hold Fee Petition in Abeyance ("Motion") because the parties are engaged in ongoing settlement negotiations concerning the fee petitions in both civil actions. [Dkt. No. 339]. Although the Court always encourages litigants to try to resolve their disputes, the parties have been trying to resolve the plaintiffs' fee petitions since April 6, 2022, when the Court ordered them to meet and confer to determine whether they could resolve the issue of plaintiffs' attorneys' fees and expenses. [Dkt. No. 308]. This issue needs to be resolved so that these civil actions can be closed. Accordingly, if the parties have not resolved this issue by Friday, September 23, 2022, the parties must appear at 9:00 AM that day for argument on the fee petitions. For these reasons, the Motion is GRANTED only to the extent that defendant's opposition brief need not be filed until close of business on Wednesday, September 21, 2022; a reply brief will not be needed; and it is hereby

ORDERED that argument on Plaintiffs' Motion for Attorney's Fees and Costs [Dkt. No. 328] will be held at 9:00 AM on Friday, September 23, 2022.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 29 day of August, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge