IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RICHARD ROE, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LLOYD J. AUSTIN, Secretary of Defense, et al., )<br>)<br>Defendants. ) | 1:18-cv-1565 (LMB/IDD) |
| NICHOLAS HARRISON, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LLOYD J. AUSTIN, Secretary of Defense, et al., )<br>)<br>Defendants. ) | 1:18-cv-641 (LMB/IDD) ✓ |

ORDER

The parties have notified the Court that they have resolved the only remaining issue in these two related civil actions — the plaintiff's Motion for Attorney's Fees and Costs [Dkt. No. 342 in 1:18-cv-1565 and Dkt. No. 328 in 1:18-cv-641]. Accordingly, it is hereby

ORDERED that the Clerk designate these motions as resolved by settlement and close these civil actions; and it is further

ORDERED that the hearing on the plaintiff's Motion for Attorney's Fees and Costs which was noticed for September 23, 2022 [Dkt. No. 354 in 1:18-cv-1565 and Dkt. No. 340 in 1:18-cv-641] be and is CANCELLED.

The Court commends the parties and their counsel for wisely and fairly settling this issue.

The Clerk is directed to forward copies of this Order to counsel of record.

/s/
Leonie M. Brinkema    9/20/22
United States District Judge